United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY LEVINE, | No. C 12-03959 WHA |
| Plaintiff, | |
| v. | **ORDER CONSOLIDATING HEARING DATES** |
| THE ENTRUST GROUP, INC., et al., | |
| Defendants. | |

In order to consolidate hearing dates, the pending motions to dismiss by Entrust New Direction IRA, Inc. and Equity Trust Company will be heard on **AT 8:00 A.M. ON DECEMBER 6, 2012**. The briefing schedule remains unchanged. The case management conference originally scheduled for November 29 will also be moved to **DECEMBER 6**.

**IT IS SO ORDERED.**

Dated: November 14, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE