IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STANLEY LEVINE, et al.,

    Plaintiffs,

  v.

THE ENTRUST GROUP, INC., et al.,

    Defendants.

No. C 12-03959 WHA

**ORDER TO BRING MATERIALS TO HEARING TOMORROW**

For the hearing tomorrow, all counsel shall bring lists of all civil actions filed by any of plaintiffs' counsel anywhere in the United States against (1) any of the defendants; or (2) against or referencing Ephren Taylor, Matthew Jennings, Kurt Barton, Chris Cornett, or Heidi Beyer. The list shall include the full name of the case, the docket number, the date filed, and the judge assigned. Please bring a copy of each such complaint (without exhibits), which copies shall be lodged with the Court at the hearing.

**IT IS SO ORDERED.**

Dated: December 5, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE