1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY LEVINE, CHARLES BRISSETTE, SANDRA BRISSETTE, ANITA DORIO, ANITA DORIO as Trustee of the Virginia M. Wallace (deceased) IRA, Inheritance Trust, and Kyle V. Wallace (deceased) Decedent's Trust; GARY DORIO, ELIAS ZACHOS, and GERALD WATTS, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br>v.<br><br>THE ENTRUST GROUP, INC., ENTRUST ADMINISTRATION, INC., ENTRUST NEW DIRECTION IRA, INC. n/k/a NEW DIRECTION IRA, INC., ENTRUST ARIZONA, LLC n/k/a VANTAGE RETIREMENT PLANS, LLC, and EQUITY TRUST COMPANY,<br><br>Defendants. | Case No. C12-3959 WHA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' <u>UNOPPOSED</u> EX PARTE APPLICATION FOR EIGHT DAYS ADDITIONAL TIME TO FILE MOTION FOR LEAVE AND PROPOSED AMENDED PLEADING<br><br>[Filed concurrently with Ex Parte Application, Memorandum of Points and Authorities, Declarations of Michael W. Brown and Cathy Lerman and Proposed Order]<br>[Filed Concurrently with Declaration of Michael W. Brown] |

The Court has read and considered the papers in support of Plaintiffs' Unopposed Ex Parte Application for Eight Days Additional Time to File Motion for Leave and Proposed Amended Pleading. The Court finds GOOD CAUSE and accordingly GRANTS the Application and orders as follows:

---

Plaintiffs' Motion for Leave to file an amended pleading and the proposed amended pleading itself, which were previously due on April 11th pursuant to Court Order [Docket # 113], will now be due on April 19, 2013.

**IT IS SO ORDERED.**

Date: April __3__, 2013

_____
Hon. William Alsup
United States District Court, N.D. Cal.

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR EIGHT DAYS ADDITIONAL TIME TO FILE MOTION FOR LEAVE AND PROPOSED AMENDED PLEADING
CASE NO. C12-3959 DMR

2