IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY LEVINE, et al., | No. C 12-03959 WHA |
| Plaintiffs, | |
| v. | **ORDER DENYING REQUEST TO EXTEND BRIEFING DEADLINES** |
| THE ENTRUST GROUP, INC., et al., | |
| Defendants. | |

The parties' stipulated request for an order extending briefing deadlines is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE