IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STANLEY LEVINE, et al.,

    Plaintiffs,

  v.

THE ENTRUST GROUP, INC., et al.,

    Defendants.

No. C 12-03959 WHA

**ORDER DENYING REQUEST TO EXTEND BRIEFING DEADLINES**

The parties' stipulated request for an order extending briefing deadlines is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE