◆ AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

STANLEY LEVINE, CHARLES BRISSETTE, and SANDRA BRISSETTE, individually and on behalf of a calss of similarly situated persons

Plaintiff (s),

V.

THE ENTRUST GROUO, INC., ENTRUST ADMINISTRATION, INC., ENTRUST NEW DIRECTION IRA, INC., n/k/a NEW DIRECTION IRA, INC., and ENTRUST ARIZONA, KKC n/k/a VANTAGE RETIREMENT PLANS, LLC

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C12-3959 WHA

Notice is hereby given that, subject to approval by the court, Entrust New Direction IRA, Inc. n/k/a/ New Direction Ira, Inc. substitutes
(Party (s) Name)

JOSEPH J. DE HOPE, JR. (Name of New Attorney), State Bar No. 79271 as counsel of record in

place of KAUFMAN DOLOWICH VOLUCK & GONZO, LLP.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: O'MEARA LAW GROUP
Address: 268 Bush Street, Suite 2823, San Francisco, CA 94104-3503
Telephone: 925-238-3563       Facsimile 925-945-7713
E-Mail (Optional): jdehope@omearalawgroup.com

I consent to the above substitution.

Date: May 7, 2013

Entrust New Direction IRA, Inc. n/k/a/ New Direction Ira, Inc.

_____
(Signature of Party (s))

I consent to being substituted.

Date: May 8, 2013

KAUFMAN DOLOWICH VOLUCK & GONZO, LLP

_____
(Signature of Former Attorney (s))

O'MEARA LAW GROUP

I consent to the above substitution.
Date: May 6, 2013

_____
(Signature of New Attorney)
JOSEPH J. DE HOPE, JR.

The substitution of attorney is hereby approved and so ORDERED.

Date: May 17, 2013.

_____
William Alsup
United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

www.FormsWorkflow.com