

FILED

DEC 30 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

STANLEY LEVINE; et al.,

    Plaintiffs - Appellants,

v.

ENTRUST GROUP, INC.; et al.,

    Defendants - Appellees.

No. 13-16393

D.C. No. 3:12-cv-03959-WHA
Northern District of California,
San Francisco

ORDER

    Appellant Stanley Levine's Amended Motion to Voluntarily Dismiss his appeal only is granted. Fed. R. App. P. 42(b). A copy of this order shall serve as and for the mandate of this court.

    This appeal shall proceed with Charles and Sandra Brisette as the only appellants. Their appeal is not affected by the dismissal by appellant Stanley Levine.

                          FOR THE COURT

                            By: Margaret A. Corrigan
                            Circuit Mediator

MAC/Mediation